UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20395-Civ-Huck/O'Sullivan

VICTORY INTERNATIONAL (USA), LLC,

    Plaintiff,

vs.

PERRY ELLIS INTERNATIONAL, INC.,
et. al,

    Defendants.

_____/

## ORDER GRANTING IN PART PEI DEFENDANTS' REQUEST FOR BETTER RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

THIS CAUSE came before the Court on the PEI Defendants' Notice of Hearing requesting Plaintiff to provide better responses to interrogatories and requests for production. Having heard the argument of counsel, having reviewed the record, and being otherwise fully advised, it is hereby ORDERED that:

The Request is GRANTED in part.

With respect to the PEI Defendants' Request for Production to Plaintiff, the Court finds that

1. Plaintiff's objections to Requests 6, 12, 21, 22, and 24 are overruled, and Plaintiff shall produce responsive documents for the period of August 1, 2003 through August 31, 2006. With respect to Request 24, Plaintiff shall produce responsive documents in its possession, custody, or control;

2. Plaintiff's objections to Requests 33, 34, and 41 are overruled, and Plaintiff shall produce responsive documents;

3. with respect to Request 40, Plaintiff shall produce responsive documents supporting the allegations in paragraph 81 of the Second Amended Complaint that the Defendants wanted to maintain prices at an artificially high level;

4. the parties have reached agreement on Requests 25-30, and Plaintiff shall produce responsive, non-privileged documents relating to the communications referenced in those Requests; and

5. the PEI Defendants' request for a better response to Request 23 is DENIED.

With respect to all Interrogatories, the Court finds that when a party intends to specify documents from which the answer may be determined pursuant to Fed. R. Civ. P. 33(d), rather than directly answer the Interrogatories, that party must identify such documents by category and bates stamp number.

DONE AND ORDERED this 27 day of May, 2008.

JOHN J. O'SULLIVAN
United States District Court Magistrate Judge