UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20395-CIV-HUCK/O'SULLIVAN

VICTORY INTERNATIONAL (USA), LLC,

    Plaintiff,

v.

PERRY ELLIS INTERNATIONAL, INC., et al.,

    Defendants.
_____/

## ORDER DENYING DFA DEFENDANTS' REQUEST THAT PLAINTIFF SUPPLEMENT ITS RESPONSE TO DFA DEFENDANTS' INTERROGATORY 11

THIS CAUSE came before the Court upon Defendants, Duty Free Americas, Inc., Falic Fashion Group, LLC, Simon Falic, Jerome Falic, and Leon Falic's (collectively, the "DFA Defendants") request that Plaintiff supplement its response to DFA Defendants' Interrogatory No. 11. The Court, having heard arguments on June 23, 2008, and being otherwise fully advised in the premises, it is hereby

ORDERED that the Request is DENIED. Except as set forth herein, the Court further orders the parties to supplement their interrogatory responses pursuant to Fed. R. Civ. P. 26(e) if the information originally provided changes (this does not apply to financial information).

**DONE AND ORDERED** at chambers in the United States District Court, Southern District of Florida, this 7 day of July 2008.

THE HONORABLE JOHN O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Hon. Paul C. Huck
All Counsel of Record