UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20395-CIV-HUCK/O'SULLIVAN

VICTORY INTERNATIONAL (USA), LLC,

    Plaintiff,

vs.

PERRY ELLIS INTERNATIONAL, INC., et. al.,

    Defendants.

_____/

## ORDER ON AGREED MOTION TO BIFURCATE THE ISSUE OF DEFENDANTS' ENTITLEMENT TO ATTORNEYS' FEES AND COSTS FROM AMOUNT OF AWARD AND TO ESTABLISH BRIEFING SCHEDULE ON THE ISSUE OF ENTITLEMENT

THIS MATTER came before the Court on Plaintiff Victory International (USA), LLC's ("Plaintiff") Agreed Motion to Bifurcate the Issue of Defendants' Entitlement to Attorneys' Fees and Costs from the Amount of Award and to Establish Briefing Schedule on the Issue of Entitlement. The Court, having reviewed the Motion, being advised of the agreement between Plaintiff and Defendants Quality King Distributors, Inc. ("Quality King"), Glenn Nussdorf ("Nussdorf"), and Rene Garcia ("Garcia"), and being duly advised in the premises, does hereby:

**ORDER AND ADJUDGE** that Plaintiff's Agreed Motion to Bifurcate the Issue of Defendants' Entitlement to Attorneys' Fees and Costs from the Amount of Award and to Establish Briefing Schedule on the Issue of Entitlement, is **GRANTED** and, pursuant to stipulation, the parties shall follow the following briefing schedule:

(1) <u>January 19, 2009</u>: Deadline by which Victory shall serve its Opposition to Defendants' Motion for Attorneys' Fees and Costs (<u>on the issue of entitlement only</u>).

(2) <u>February 2, 2009</u>: Deadline by which Quality King, Nussdorf, and Garcia shall serve their Replies in Support of Defendants' Motions for Attorneys' Fees and Costs (<u>on the issue of entitlement only</u>).

If, after the issue of entitlement is fully briefed, the Court finds that Defendants are entitled to an award of attorneys' fees and costs under FDUTPA, the parties may seek to engage in discovery regarding the reasonableness of the amount of attorneys' fees sought. Any disputes or rights as to the scope and propriety of discovery are reserved and will be addressed upon appropriate motion. Defendants do not believe discovery is warranted and reserve all rights to object to any discovery served by Plaintiff on Defendants.

**DONE AND ORDERED** in Chambers, Miami, Miami-Dade County, Florida this 19th day of December, 2008.

_____
HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Huck
All Counsel of Record

1861326-1